332 P.2d 673

Pearl C. VOORHEES, Plaintiff,

v.

The DISTRICT COURT IN and FOR SAN-
PETE COUNTY, State of Utah, and The
Honorable L. Leland Larson and F. M.
Keller, Judges thereof, Defendants.

No. 8960.

Supreme Court of Utah.

Dec. 4, 1958.

Skeen, Worsley, Snow & Christensen,
James A. Murphy, Salt Lake City, for
plaintiff.

Nielsen & Conder, Salt Lake City, for
defendants.

WADE, Justice.

This case and an interlocutory appeal
in the Matter of the Estate of Hillard L.
Voorhees, deceased, decided today, were
combined for argument and heard at the
same time in this court. In the instant
case this court issued an Alternative Writ
prohibiting the defendants from proceed-
ing in a case filed by heirs and administra-
tor of the Estate of Hillard L. Voorhees,
deceased, against plaintiff to recover as-
sets alleged to belong to the estate. In
view of our decision in the interlocutory
appeal, 8 Utah 2d 231, 332 P.2d 670, the
problems presented in this case are now
moot and therefore it is ordered that the
Alternative Writ of Prohibition heretofore
issued by this court be withdrawn.

No costs awarded.

McDONOUGH, C. J., and CROCK-
ETT, WORTHEN and HENRIOD, JJ.,
concur.